UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-6579-GW-AGRx | Date | December 26, 2023 |
|---|---|---|---|
| Title | *Alvaro Orosco v. Aja Oak View LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On December 26, 2023, Plaintiff Alvaro Orosco filed a Notice of Settlement. The Court hereby vacates the order to show cause [10] issued on December 12, 2023, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for January 29, 2024 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on January 26, 2024.

:

Initials of Preparer   JG